IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

FILED
2019 SEP 12 PM 2:48
CLERK US DISTRICT COURT
WESTERN DISTRICT TEXAS
BY _____ DEPUTY

| | |
|---|---|
| GERALD YANNACONE, § | |
| PLAINTIFF, § | |
| § | CAUSE NO. 1:19-CV-193-LY |
| V. § | |
| § | |
| MERCHANTS AND PROFESSIONAL § | |
| BUREAU, INC., § | |
| DEFENDANT. § | |

## FINAL JUDGMENT

Before the court is the above entitled cause of action. On September 11, 2019, the parties filed a Stipulation of Dismissal with prejudice (Doc. #9), which the court has reviewed and now approves. Accordingly, the court renders the following Final Judgment pursuant to Federal Rule of Civil Procedure 58.

**IT IS HEREBY ORDERED** that the case is **CLOSED**.

SIGNED this ___12th___ day of September, 2019.

_____
LEE YEAKEL
UNITED STATES DISTRICT JUDGE